UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NORMAN PIMENTEL,

        Appellant,         1:03-cv-5073 OWW DLB

    v.

SANTIAGO WOOD, et al.,        ORDER DISMISSING ACTION
                                         WITH PREJUDICE

        Defendant

    On December 9, 2004, this Court issued an order dismissing this action and granting the plaintiff leave to amend the compliant no later than January 12, 2005.  As of this date, no such amended complaint has been filed, and documents mailed to the plaintiff have been returned undeliverable.

    IT IS THEREFORE ORDERED that this action is dismissed with prejudice.

Dated:   May 10, 2005                      /s/ OLIVER W. WANGER
                                                          _____
                                                            OLIVER W. WANGER
                                                            United States District Judge

1